Michael Critchley, Sr.
Michael Critchley, Jr.
CRITCHLEY, KINUM & DENOIA, LLC
75 Livingston Avenue
Roseland, NJ 07068
Tel: (973) 422-9200

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| Ruth Johnson, individually and on behalf of all others similarly situated,  Plaintiff,  v.  OptumRx, Inc. and Novo Nordisk Inc.,  Defendants. | 3:17-cv-07198-BRM-LHG  STIPULATION TO EXTEND DEADLINE FOR PLAINTIFF TO FILE FIRST AMENDED COMPLAINT |

## **STIPULATION**

The parties jointly stipulate and agree, subject to the Court's approval, to extending the deadline for Plaintiff to amend her complaint.

WHEREAS, on July 1, 2020, the Court granted Plaintiff leave to file an amended complaint on or before July 31, 2020 (ECF No. 114);

1

WHEREAS, on July 29, 2020, following the Parties' stipulation, the Court ordered that Plaintiff may file her First Amended Complaint on or before September 29, 2020 (ECF No. 116); and

WHEREAS, Plaintiff requires additional time to finalize the amended complaint;

**IT IS HEREBY STIPULATED,** by and between Plaintiff and Defendants, by and through their respective counsel, that Plaintiff may file her First Amended Complaint on or before October 30, 2020, and that no further extensions shall be granted absent a showing of good cause.

**SO ORDERED this 29th day of September, 2020**



_____
Honorable Lois H. Goodman, U.S.M.J.

**STIPULATED AND AGREED TO BY:**
Dated: 24th day of September, 2020

| By: s/ Christopher Walsh | By: s/ Michael Critchley |
|---|---|
| Michael R. Griffinger | Michael Critchley, Sr. |
| Christopher Walsh | Michael Critchley, Jr. |
| **GIBBONS P.C.** | CRITCHLEY, KINUM & DENOIA, LLC |
| One Gateway Center | 75 Livingston Avenue |
| Newark, NJ 07102 | Roseland, NJ 07068 |
| Tel: (973) 596-4500 | Tel: (973) 422-9200 |
| mgriffinger@gibbonslaw.com | Fax: (973) 422-9700 |

cwalsh@gibbonslaw.com

**DAVIS POLK & WARDWELL LLP**
Neal A. Potischman *(Admitted pro hac vice)*
Andrew D. Yaphe *(Admitted pro hac vice)*
1600 El Camino Real
Menlo Park, CA 94025
Tel: 650-752-2000
Fax: 650-752-2111
neal.potischman@davispolk.com
andrew.yaphe@davispolk.com

*Counsel for Novo Nordisk Inc.*


By: s/ Thomas Scrivo

Thomas P. Scrivo
**O'TOOLE SCRIVO LLC**
14 Village Park Road
Cedar Grove, NJ 07009
Telephone: (973) 239-5700
Facsimile: (973) 239-3400
tscrivo@oslaw.com

Brian D. Boone *(Admitted pro hac vice)*
ALSTON & BIRD, LLP
101 South Tryon Street, Suite 4000
Charlotte, NC 28280
brian.boone@alston.com

*Counsel for OptumRx, Inc.*

mcritchley@critchleylaw.com
mcjr@critchleylaw.com

Derek W. Loeser *(Admitted Pro Hac Vice)*
Juli Farris *(Admitted Pro Hac Vice)*
Gretchen S. Obrist *(Admitted Pro Hac Vice)*
Gabe Verdugo *(Admitted Pro Hac Vice)*
KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101
Tel: (206) 623-1900
Fax: (206) 623-3384
dloeser@kellerrohrback.com
jfarris@kellerrohrback.com
gobrist@kellerrohrback.com
gverdugo@kellerrohrback.com

*Attorneys for Plaintiff*