Michael Critchley, Sr.
Michael Critchley, Jr.
CRITCHLEY, KINUM & DENOIA, LLC
75 Livingston Avenue
Roseland, NJ 07068
Tel: (973) 422-9200

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| Ruth Johnson, individually and on behalf of all others similarly situated, | 3:17-cv-07198-BRM-LHG |
| Plaintiff, | |
| v. | NOTICE OF VOLUNTARY DISMISSAL |
| OptumRx, Inc. and Novo Nordisk Inc., | |
| Defendants. | |

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, plaintiff hereby dismisses with prejudice all causes of action alleged in the Class Action Complaint.

Dated: 18th day of December, 2020.

        By: *s/ Michael Critchley*
        Michael Critchley, Sr.
        Michael Critchley, Jr.
        CRITCHLEY, KINUM & DENOIA, LLC
        75 Livingston Avenue
        Roseland, NJ 07068
        Tel: (973) 422-9200
        Fax: (973) 422-9700
        mcritchley@critchleylaw.com
        mcjr@critchleylaw.com

        Derek W. Loeser *(Admitted Pro Hac Vice)*
        Juli Farris *(Admitted Pro Hac Vice)*
        Gabriel Verdugo *(Admitted Pro Hac Vice)*
        KELLER ROHRBACK L.L.P.
        1201 Third Avenue, Suite 3200
        Seattle, WA 98101
        Tel: (206) 623-1900
        Fax: (206) 623-3384
        dloeser@kellerrohrback.com
        jfarris@kellerrohrback.com
        gverdugo@kellerrohrback.com

        ***Attorneys for Plaintiff Ruth Johnson***