Michael Critchley, Sr.
Michael Critchley, Jr.
CRITCHLEY, KINUM & DENOIA, LLC
75 Livingston Avenue
Roseland, NJ 07068
Tel: (973) 422-9200

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| Ruth Johnson, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>OptumRx, Inc. and Novo Nordisk Inc.,<br><br>Defendants. | 3:17-cv-07198-BRM-LHG<br><br>NOTICE OF VOLUNTARY DISMISSAL |

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, plaintiff hereby dismisses with prejudice all causes of action alleged in the Class Action Complaint.

Dated: 18th day of December, 2020.

>By: *s/ Michael Critchley*
>Michael Critchley, Sr.
>Michael Critchley, Jr.
>CRITCHLEY, KINUM & DENOIA, LLC
>75 Livingston Avenue
>Roseland, NJ 07068
>Tel: (973) 422-9200
>Fax: (973) 422-9700
>mcritchley@critchleylaw.com
>mcjr@critchleylaw.com
>
>Derek W. Loeser *(Admitted Pro Hac Vice)*
>Juli Farris *(Admitted Pro Hac Vice)*
>Gabriel Verdugo *(Admitted Pro Hac Vice)*
>KELLER ROHRBACK L.L.P.
>1201 Third Avenue, Suite 3200
>Seattle, WA 98101
>Tel: (206) 623-1900
>Fax: (206) 623-3384
>dloeser@kellerrohrback.com
>jfarris@kellerrohrback.com
>gverdugo@kellerrohrback.com
>
>***Attorneys for Plaintiff Ruth Johnson***

"SO ORDERED."

*[signature]*

2

Date: 12/21/2020    Brian R. Martinotti, U.S.D.J.